UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY DOUGLAS MANN,<br>COREY MOSEY,<br>KENNADY WESTON,<br>DERRICK QUINTANA,<br>JOSHUA NEWMAN,<br><br>Defendants. | NO. CR18-136JLR<br><br>~~[PROPOSED]~~ ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT, having considered the Stipulated Motion to Continue Trial Date and Deadline to File Pretrial Motions, any responses, filings, or memoranda related thereto, and all the files and records herein, the Court finds as follows:

1. The facts and circumstances are as set forth in the Stipulated Motion to Continue Trial Date and Deadline to File Pretrial Motions;

2. Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

Order - 1
U.S. v. Mann, et al. / CR18-136JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Failure to grant a continuance would likely result in a miscarriage of justice, and the case is complex due to such factors as the number of defendants;

4. The ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial;

5. All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

6. The period of time from the filing date of the Stipulated Motion to Continue Trial Date and Deadline to File Pretrial Motions until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that:

7. The trial in this matter is continued to April 29, 2019 @ 9:00 AM, 2019.

8. Pre-trial motions are due no later than March 7, 2019, 2019.

9. The defendants shall immediately file with the Court a waiver of rights under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through the aforementioned trial date, consistent with this Order.

DONE this 27th day of November, 2018.

HON. JAMES L. ROBART
United States District Court

Presented by:

*s/ Steven T. Masada*
STEVEN MASADA
Assistant United States Attorney
BENJAMIN DIGGS
Special Assistant United States Attorney

Order - 2
U.S. v. Mann, et al. / CR18-136JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970