The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JEFFERY DOUGLAS MANN<br>KENNEDY WESTON<br>COREY MOSEY<br>DERRICK QUINTANA<br>JOSHUA NEWMAN,<br><br>Defendants. | NO. CR18-136 JLR<br><br>[PROPOSED] PROTECTIVE ORDER |

This matter, having come to the Court's attention on the Stipulated Motion for Protective Order submitted by the United States of America and Defendants JEFFERY DOUGLAS MANN, KENNEDY WESTON, COREY MOSEY, JOSHUA NEWMAN and DERRICK QUINTANA, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. Protected Material

The United States will make available copies of Protected Materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Materials is limited to the defense

[PROPOSED] PROTECTIVE ORDER
*United States v. Mann et al.*, CR18-136 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the defense attorneys of record (hereinafter collectively referred to as members of the defense team). Protected Materials will be marked and labeled as "Protected Material," including but not limited to:

    a. Audio, video, photographic, and written recordings of witnesses and defendants;

    b. Witness and defendant statements, including but not limited to reports of law enforcement officers memorializing such statements; and

    c. Personal information related to witnesses and defendants, including any documents provided by the government containing personal information about or related to any witnesses or defendants.

As used in this Order, the term "personal information" includes a person's full name, picture or likeness, voice recording, date of birth, Social Security number (or other identification information), driver's license number, address, telephone number, location of residence or employment, school records, juvenile criminal records, and other confidential information.

2. <u>Scope of Review of Protected Material</u>

The attorneys of record and members of the defense teams may display and review the Protected Material with Defendants. The attorneys of record and members of the defense teams agree that providing copies of the Protected Material to Defendants and other persons is prohibited and they will not duplicate or provide copies of Protected Material to Defendants and other persons. The only exception to this prohibition is that the attorneys of record and members of the defense teams may provide electronic copies of Protected Material to the Federal Detention Center at SeaTac, Washington, for use in a controlled environment by those Defendants who are currently in custody at the FDC.

The United States Attorney's Office for the Western District of Washington is similarly allowed to display and review the Protected Material with lay witnesses, but is

[PROPOSED] PROTECTIVE ORDER
*United States v. Mann et al.*, CR18-136 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

otherwise prohibited from providing copies of the Protected Material to lay witnesses, i.e. non-law enforcement witnesses.

3. <u>Consent to Terms of Protective Order</u>

Members of each defense team shall provide written consent and acknowledgement that they will each be bound by the terms and conditions of this Protective Order. The written consent need not be disclosed or produced to the United States unless requested by the Assistant United States Attorney and ordered by the Court.

4. <u>Parties' Reciprocal Discovery Obligations</u>

Nothing in this order should be construed as imposing any discovery obligations on the government or Defendants that are different from those imposed by statute, case law, the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

5. <u>Filing of Protected Material</u>

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

6. <u>Nontermination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution.

7. <u>Violation of Protective Order</u>

Upon any violation of a term or condition of this Order by any Defendant, his/her attorney of record, any member of his/her defense team, or any attorney for the United States Attorney's Office for the Western District of Washington, that person may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

[PROPOSED] PROTECTIVE ORDER
*United States v. Mann et al.*, CR18-136 JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

If any Defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to that Defendant's violation.

DATED this 27th day of November 2018.

_____
The Honorable James L. Robart
U.S. DISTRICT COURT JUDGE

[PROPOSED] PROTECTIVE ORDER
*United States v. Mann et al.*, CR18-136 JLR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970